UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

\------------------------------------------------------- X

HENRY TUCKER, ON BEHALF OF HIMSELF AND ALL OTHER PERSONS SIMILARLY SITUATED,

                  Plaintiff,

    -against-

NVIDIA CORPORATION,

                  Defendant.

\------------------------------------------------------- X

Civil Action No.: 1:25-cv-00444-DEH-SL(

**NOTICE OF APPEARANCE**

    **PLEASE TAKE NOTICE** that Lotus Cannon, an associate with the law firm Seyfarth Shaw LLP, 620 Eighth Avenue, 32nd Floor, New York, New York 10018, hereby enters her appearance as attorney for Defendant NVIDIA Corporation in the above-captioned matter. I certify that I am admitted to practice in this Court.

                         Respectfully submitted,

Dated: New York, New York
       March 28, 2025

                    SEYFARTH SHAW LLP

                    By: */s/ Lotus Cannon* _____
                   Lotus Cannon
                   620 Eighth Avenue
                   New York, New York  10018
                    Telephone:  (212) 218-5500
                    Facsimile:  (212) 218-5526
                   lcannon@seyfarth.com

                   *Attorneys for Defendant*
                   *NVIDIA Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2025, I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the District Court through the Court's CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Lotus Cannon*
Lotus Cannon

316958808v.1