

Seyfarth Shaw LLP
620 Eighth Avenue
New York, New York  10018
T (212) 218-5500
F (212) 218-5526

lcannon@seyfarth.com
T (212) 218-5618

www.seyfarth.com

March 28, 2025

**VIA ECF**

Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   *Tucker v NVIDIA Corporation,* **Civil Action No.: 1:25-cv-00444-DEH-SLC**

Dear Judge Cave:

On behalf of Defendant NVIDIA Corporation ("Defendant") we write, with Plaintiff's consent, to respectfully request a 30-day extension of Defendant's time to move, answer, or otherwise respond to the Complaint.

By way of background, Defendant executed a waiver of service on January 31, 2025, which was filed on February 11, 2025, making Defendant's responsive pleading due on April 1, 2025.  (ECF No. 8.)  We contacted Plaintiff's counsel on March 26, 2025 to request his consent to a 30 day extension of Defendant's time to move, answer, or otherwise respond to the Complaint.  Plaintiff's counsel has consented to this extension.

Therefore, Defendant respectfully requests that the deadline for Defendant to move, answer, or otherwise respond to the Complaint be extended through May 1, 2025, to allow Defendant time to investigate the allegations in the Complaint and respond accordingly, as well as to allow the Parties to explore potential opportunities for a non-litigated resolution.  Defendant has not made any prior requests for an extension of this deadline.  The requested relief will not affect any other scheduled dates.

This application is being made in good faith and not to cause undue delay.  If granted, this request will not impact any other scheduled dates.

The parties thank the Court for its time and attention to this matter.



Respectfully submitted,

SEYFARTH SHAW LLP

*/s/ Lotus Cannon*

Lotus Cannon

cc:   All counsel of record (via ECF)